> DENIED. Date requested has passed.
> 9:34 AM, Feb 1, 2021



*Karen L. Litkovitz*
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: INFORMATION ASSOCIATED WITH ACCOUNT ID 853646957 WITH TELEPHONE # 15134536613 STORED AT PREMISES CONTROLLED BY PINGER, INC., 97 SOUTH 2ND ST. SUITE 210 SAN JOSE, CA<br><br>IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A CONCEALED REMOTE CAMERA OVERLOOKING THE 2800 BLOCK<br><br>2837 CYPRESS WAY, NORWOOD, OHIO 45212-2447<br><br>2018 CHEVROLET MALIBU WITH VEHICLE IDENTIFICATION NUMBER: 1G1ZD5ST2JF253022 AND OIO LICENSE PLATE HHZ5108<br><br>IN RE: PINGER, INC. SEARCH WARRANT FOR ACCOUNT ID 853646957 WITH TELEPHONE NUMBER 15134536613 | CASE NO.    1:19-MJ-498<br>1:19-MJ-838<br>1:20-MJ-563<br>1:20-MJ-564<br>1:20-MJ-720<br><br>**MOTION AND ORDER REQUESTING THE SEARCH WARRANT, APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT, RETURN, AND THIS MOTION AND ORDER REMAIN SEALED** |

Now comes the United States Attorney and moves this Court, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, and the Court's inherent power to control papers filed with the Court, for an order requiring that the Search Warrant, the Application and Affidavit for Search Warrant, the Return, and any other filings associated with the above-referenced case numbers, including this Motion and Order remain sealed for until **July 31, 2020** or until such time as an Indictment or Information is filed or until directed by this Court.

In support of this Motion, the United States Attorney charges:

1. The case numbers referenced above relate to the same ongoing investigation.

2. There is no Indictment or Information pending before any United States District Court which necessitates the disclosure of any documents filed under these case numbers.

3.	Pursuant to Rule 12 of the Federal Rules of Criminal Procedure the proper time for moving to suppress evidence obtained pursuant to the Court order is subsequent to the filing of an Indictment or Information and arraignment thereon. Therefore, no prejudice would be caused to any defendant or potential defendant by the granting of this motion.

4.	The disclosure of certain information and statements contained in said documents filed under these case numbers would alert the targets to the existence, nature and scope of an ongoing, covert criminal investigation, and could lead to the destruction of evidence or endanger confidential sources and/or undercover agents involved in the investigation.

WHEREFORE, the United States of America respectfully requests that any documents related to the above case numbers, including this Motion and Order remain sealed until **July 31, 2020** and kept from public inspection until further order of the Court.

Respectfully submitted,

DAVID M. DeVILLERS
United States Attorney

*s/ Kyle J. Healey*
KYLE J. HEALEY
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202

Upon the Motion of the United States Attorney and for good cause shown, it is

**ORDERED** that all documents filed under the above-referenced case numbers, including this Motion and Order remain sealed until **July 31, 2020**, and the Clerk is instructed not to unseal said documents filed under the above-case numbers, including this motion and order, until further order of this Court, or the expiration date of **July 31, 2020**, whichever comes first.

_____          _____
DATE                                                                         UNITED STATES MAGISTRATE JUDGE